UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLLEEN NUTTER,

    Plaintiff,

v.

KANSAS STATE UNIVERSITY, *et al.*,

    Defendants.

CASE NO. C18-0969RSL

ORDER OF DISMISSAL

This matter comes before the Court *sua sponte*. On January 4, 2006, the undersigned entered an order dismissing plaintiff's claims arising out of her 1986 withdrawal from Kansas State University and barring future *pro se* litigation involving the same transactional nucleus of facts unless (1) plaintiff provides a signed statement, along with the proposed complaint, explaining why each newly-asserted claim is not barred by the doctrine of *res judicata* and/or the applicable statute of limitations and (2) the Court determines that good cause exists to permit the action to proceed in light of the claims raised and plaintiff's past litigation abuses. <u>Nutter v. Kan. State Univ.</u>, C05-1910RSL (Dkt. # 6). On June 14, 2018, the Clerk of Court received a complaint and motion from Ms. Nutter.

Ms. Nutter has not provided the necessary statement. Upon review of the proposed complaint, it appears that the allegations and claims all involve events that occurred in the mid-

ORDER OF DISMISSAL – 1

1980s and are related to her withdrawal from Kansas State University. Plaintiff has not shown good cause why she should be permitted to pursue claims which have been repeatedly dismissed and/or are obviously untimely. The new action shall not be permitted to proceed. The Clerk is directed to withhold summons and terminate this matter.

Dated this 27th day of July, 2018.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 2