UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN NUTTER,<br><br>        Plaintiff,<br><br>    v.<br><br>KANSAS STATE UNIVERSITY, *et al.*,<br><br>        Defendants. | CASE NO. C18-0969RSL<br><br>ORDER STRIKING DOCUMENTS |

    In July and August 2018, the undersigned determined that the above-captioned matter was subject to a bar order preventing plaintiff from pursuing pro se any claims arising out of her 1986 withdrawal from Kansas State University. The action was not permitted to proceed, the Clerk of Court was directed to withhold summons, and the case was terminated.

    Since then, plaintiff has filed as array of papers, including legal arguments regarding res judicata, additional factual statements, an amended complaint, and a letter seeking advice/information. See Dkt. # 7-9. This cause number has been closed. Neither the Clerk of Court nor the Court will take any further action on or consider the contents of Dkt. # 7-9.

    Dated this 5th day of February, 2019.

                                                Robert S. Lasnik
                                              United States District Judge

ORDER STRIKING DOCUMENTS – 1